# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

April 29, 2010

Mr. Larry C. Pace
FEDERAL PUBLIC DEFENDER'S OFFICE
818 Grand Avenue
Suite 300
Kansas City, MO  64106-0000

RE:  10-1887  United States v. Gordon Grant

Dear Counsel:

The district court has transmitted a notice of appeal in this matter, which was docketed on April 22, under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to the court. Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

An order appointing your office to represent appellant will be sent under separate Notice of Docket Activity. Your duties as counsel are defined by Eighth Circuit Rule 27C and Eighth Circuit's Plan to Expedite Criminal Appeals. Please review these materials which are on the "Rules and Publications" page of our web site.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please review the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Useful information about briefing and the record on appeal can be found at these links:

> www.ca8.uscourts.gov/newcoa/notes/redactcr-egov.pdf
> www.ca8.uscourts.gov/newcoa/forms/crbrchk.pdf
> www.ca8.uscourts.gov/newcoa/forms/crrecord.pdf

If a transcript will be required for the appeal, you should immediately contact the official court reporter and complete CJA Form 24. This form is available as part of the CJA Forms referenced above.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to meet the briefing deadlines will result in the issuance of an order to show cause and may lead to dismissal of the appeal, as well as the initiation of disciplinary proceedings. Requests for extensions of time must be filed on a timely basis and should establish good cause. Overlength briefs are strongly discouraged. Permission to file an overlength brief must be sought 7 days in advance of the due date. See Eighth Circuit Rule 28A(h).

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at www.ca8.uscourts.gov/files/cmecfstandingorder.pdf. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://pacer.psc.uscourts.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc:   Mr. Gordon P. Grant
      Ms. Beth Phillips
      Ms. Ann Thompson
      Ms. Lissa C. Whittaker

   District Court Case Number:   4:09-cr-00045-SOW-1

**Caption For Case Number:   10-1887**

**United States of America**

      **Plaintiff - Appellee**

**v.**

**Gordon P. Grant**

      **Defendant - Appellant**

**Addresses For Case Participants:   10-1887**

Mr. Larry C. Pace
FEDERAL PUBLIC DEFENDER'S OFFICE
818 Grand Avenue
Suite 300
Kansas City, MO  64106

Mr. Gordon P. Grant
CORRECTIONS CORPORATION OF AMERICA
Leavenworth Detention Center
100 Highway Terrace
Leavenworth, KS  66048

Ms. Beth Phillips
U.S. ATTORNEY'S OFFICE
400 E. Ninth Street
5510 Charles Evans Whittaker Courthouse
Kansas City, MO  64106-2149

Ms. Ann Thompson
U.S. DISTRICT COURT- Western Missouri
Western District of Missouri Clerk's Office
400 E. Ninth Street
Room 1510
Kansas City, MO  64106

Ms. Lissa C. Whittaker
Court Reporter
1001 W. 65th Street
Kansas City, MO  64113